The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLENN QUANTZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GARY EDWARDS, NEIL McCLANAHAN, RAY HANSEN, DAN KIMBALL, BRAD WATKINS, PAUL COUNTS, THURSTON COUNTY, WILLIAM "BILL" KENNY, and DEFENDANTS DOES 1 through 5.<br><br>　　　　　　Defendants. | CAUSE NO.  C04-5737 RJB<br><br>ORDER GRANTING DEFENDANT NEIL McCLANAHAN LEAVE TO FILE AN OVER-LENGTH SUMMARY JUDGMENT BRIEF PURSUANT TO LR 7(f)<br><br>**NOTE ON MOTION CALENDAR:  November 14, 2005** |

**THIS MATTER** came before the Court on defendants Gary Edwards, Neil McClanahan, Ray Hansen, Dan Kimball, Brad Watkins and Paul Counts' ("herein the TCSO defendants") *Motion to File an Over-Length Brief Pursuant to LR 7(f)*; and the Court having reviewed the records and files herein, it is hereby

ORDER GRANTING TCSO DEFENDANTS' MOTION TO FILE OVER-LENGTH BRIEF
1

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

**ORDERED, ADJUDGED and DECREED** that defendant Neil McClanahan shall be permitted to file an over-length motion for summary judgment on November 18, 2005, not to exceed fifty-five (55) pages.

**DATED** this 16th day of November, 2005.

_/s/ Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

Presented by:

CABLE, LANGENBACH, KINERK & BAUER, LLP

By: /s/ Steven F. Kerr
　　Colleen Kinerk, WSBA #7676
　　Steven F. Kerr, WSBA #31518
　　Attorneys for Defendants Gary Edwards, Neil McClanahan,
　　Ray Hansen, Dan Kimball, Brad Watkins, and Paul Counts

ORDER GRANTING TCSO DEFENDANTS'
MOTION TO FILE OVER-LENGTH BRIEF
2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800