1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GLENN QUANTZ,

               Plaintiff,

      v.

GARY EDWARDS,

               Defendant.

Case No. C04-5737RJB

SECOND ORDER ON MOTIONS
*IN LIMINE*

15
16
17
18
19
20
21
22
23
24
25
26
27
28

      This matter comes before the court on Defendants' Additional Motions *in Limine* (Dkts. 142, 143, 144, 145 and 146). The court is familiar with the documents filed in support of and in opposition to said motions, and is fully advised. Counsel should bear in mind the contents of the court's first Order on Motions *in Limine* (Dkt 165).

      In regard to Defendants' Motion *in Limine* to Define the Scope of Remaining Claims Against Gary Edwards and Dan Kimball (Dkt. 142), the motion is **DENIED**. The Order Granting in Part and Denying in Part Gary Edwards' and Dan Kimball's Motions for Summary Judgment and Granting McClanahan' and Ray Hansen' Motions for Summary Judgment (Dkt. 128) sufficiently defines the scope of claims remaining in the case.

      In regard to Defendants' Motion *in Limine* to Exclude Improper "Me Too" Testimony (Dkt. 143), the motion is **GRANTED**, but without prejudice in that the defendant may attempt to lay a foundation for such testimony by offer of proof outside the presence of the jury, bearing in mind that the foundational requirements are as set forth in defendants' brief in support of the motion.

SECOND ORDER ON MOTIONS *IN LIMINE* - 1

1    In regard to Defendants' Motion *in Limine* to Exclude Evidence of Post-Resignation

2 Employment or Damages (Dkt. 144), the motion is **GRANTED**.

3    In regard to Defendants' Motion *in Limine* to Exclude Witness Penny Harrington (Dkt.

4 145), the motion is **GRANTED**.

5    In regard to Defendants' Motion *in Limine* to Exclude Mary Ann Trause and W. Cary

6 Deaton (Dkt. 146), the motion is **GRANTED**.

7    **IT IS SO ORDERED.**

8    The Clerk is directed to send uncertified copies of this Order to all counsel of record and

9 to any party appearing *pro se* at said party's last known address.

10    DATED this 7th day of February, 2006.

11

12

Robert J. Bryan
13
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND ORDER ON MOTIONS *IN LIMINE* - 2