UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| GLENN QUANTZ, | |
|---|---|
| Plaintiff, | CASE NO. C04-5737RJB |
| v. | MINUTE ORDER |
| GARY EDWARDS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

The parties have agreed that a settlement judge may be helpful in resolving the issues in this case. This case is referred to Chief Magistrate Judge J. Kelley Arnold for assignment of a magistrate judge, who will conduct settlement proceedings with the parties in this case and will inform the court of the results thereof. The magistrate judge assigned to conduct settlement proceedings will contact the parties to schedule the settlement conference(s).

DATED this 10th day of February, 2006.

BRUCE RIFKIN, Clerk

BY /s/ Dara L. Kaleel
        Deputy Clerk

ORDER - 1