1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8
9

GLENN QUANTZ,

10

                    Plaintiff,                          **Case No.** C04-5737 RJB

11

          v.                                            Minute Order
                                                         Re: Settlement Conference
12

GARY EDWARDS, DAN KIMBALL, et al.,

13

                    Defendants.

14
15
16        THIS matter was referred by trial judge, the Honorable Robert J. Bryan, to U.S. Magistrate Judge, J.

17   Kelley Arnold, for purposes of a settlement conference.  The parties and counsel met with the settlement judge

18   on February 16 as directed, and thereafter conferred telephonically with the court on February 16, and 17th.

19        Although both parties negotiated in good faith, **no settlement was reached**.

20
21
     Entered by Deputy Clerk, */s/Kelly Miller*, this 17th day of February 2006.
22
23
24
25
26
27
28

ORDER
Page - 1