# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GLENN QUANTZ,<br><br>             Plaintiff,<br><br>vs.<br><br>DAN KIMBALL,<br><br>             Defendant. | **NO. C04-5737 RBL**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendant, acting by and through their respective attorneys, that the above-entitled action may be dismissed with prejudice, and without damages, costs, or attorney's fees to any party.

3/18/09          */s/ J. D. Smith*
_____     _____
Date                  J. D. Smith, WSBA #28246
                        Attorney for Plaintiff

3/16/09          */s/ W. Dale Kamerrer*
_____     _____
Date                  W. Dale Kamerrer, WSBA #8218
                        Attorney for Defendants

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1**

**NO. C04-5737 RBL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 1880, OLYMPIA, WA 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*

# ORDER

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby

ORDERED that the above-entitled action is dismissed with prejudice, and without damages, costs, or attorney's fees to any party.

DATED this 23rd day of March, 2009.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*/s/ W. Dale Kamerrer*
_____
W. Dale Kamerrer, WSBA #8218
Attorney for Defendant

Approved for entry:

*/s/ J. D. Smith*
_____
J. D. Smith, WSBA #28246
Attorney for Plaintiff

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE - 2**

**NO. C04-5737 RBL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*